UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 26, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-1338,   <u>Martin Sheehan v. Allen Saoud</u>
              1:11-cv-00163-IMK-JSK

TO:   Martin Patrick Sheehan

APPENDIX CORRECTION DUE:  September 8, 2015

Please make the correction identified below and file a corrected document by the due date indicated. Use the **APPENDIX** entry and select "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[X] <u>See Checklist</u>: Please make corrections identified on attached checklist.

Please file a corrected electronic version of the joint appendix.  Corrected paper covers may be submitted in lieu of filing full corrected copies of the joint appendix.


Ashley B. Webb, Deputy Clerk
804-916-2704