UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 27, 2015

_____

DOCKET CORRECTION NOTICE
_____

No. 15-1338,    <u>Martin Sheehan v. Allen Saoud</u>
                    1:11-cv-00163-IMK-JSK

TO:    Martin Patrick Sheehan
         Patrick Stanley Cassidy

BRIEF OR APPENDIX CORRECTION DUE:  September 8, 2015

Please make the correction identified below and file a corrected document by the due date indicated. Use the **APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

---

[ x ] Please file the entire corrected appendix electronically to include the corrected cover page.  Counsel for Fred Scott should not be included on the cover as Mr. Scott is not a party on appeal. Please only include counsel for active parties to the appeal on the cover page.

Additionally, please use the entry CORRECTED ELECTRONIC APPENDIX filed.  Do not use the EXCERPT entry.

You may send the corrected paper covers without including the entire paper appendix.

 Please feel free to contact me if you have any questions.

Donna Lett, Deputy Clerk
804-916-2704